MARK D. LONERGAN (State Bar No. 143622)
THOMAS N. ABBOTT (State Bar No. 245568)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD BELLINDER, individually, and on behalf of the general public,<br><br>              Plaintiff,<br><br>       vs.<br><br>WELLS FARGO, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC & TRANS UNION LLC,<br><br>              Defendants. | Case No. 2:16-cv-01289-JAM-AC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT'S TO RESPOND TO COMPLAINT**<br><br>The Hon. John A. Mendez<br><br>Action Filed:    June 10, 2016<br>Trial Date:       None set |

1  This Court has reviewed the Joint Motion submitted by Plaintiff Richard Bellinder
2  ("Plaintiff") and Defendant Wells Fargo Bank, N.A. (erroneously sued as Wells Fargo, N.A.)
3  ("Wells Fargo") to extend Wells Fargo's time to respond to Plaintiff's complaint in the above
4  entitled action.  Pursuant to the joint motion, the Court orders as follows:
5  Good cause having been shown, Wells Fargo shall file its responsive pleading to Plaintiff's
6  complaint on or before August 8, 2016.
7  IT IS SO ORDERED.
8  DATED: 7/28/2016
9
10  /s/ John A. Mendez
11  United States District Court Judge