Katherine Carlton Robinson, Esq.  (IN #31694-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Lauren E. Tate, Esq. (Designated for Service) (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD BELLINDER, individually, and on behalf of the general public,<br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC.; and TRANS UNION LLC;<br>　　　　Defendants. | CASE NO. 2:16-cv-01289-JAM-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT *TRANS UNION, LLC ONLY*** |

Plaintiff Richard Bellinder, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:16-CV-01289-JAM-AC**

Respectfully submitted,

Date: January 20, 2017          s/ Linda D. Deos (as authorized January 20, 2017)
Linda D. Deos, Esq.
Deos Law, PC
770 L Street, Suite 950
Sacramento, CA  95814
Telephone:  (916) 442-4442
Fax:  (916) 583-7693
E-Mail:  deoslawyer@gmail.com

*Counsel for Plaintiff Richard Bellinder*

Date: January 20, 2017          s/Katherine Carlton Robinson
Katherine Carlton Robinson, Esq.  (IN #31694-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:16-CV-01289-JAM-AC**

**1**                                             **ORDER**

**2**         PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Richard Bellinder against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Richard Bellinder and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 1/20/2017                                     /s/ John A. Mendez_____
                                                                     JUDGE, United States District Court,
                                                                       Eastern District of California

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:16-CV-01289-JAM-AC**

Page 3 of 3