Linda Deos, (SBN: 179170)
Deos Law, PC
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Fax)
Linda@deoslaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BELLINDER,<br><br>         Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A., ET AL.<br><br>         Defendants. | Case No: 2:16-cv-01289-JAM-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Plaintiff Richard Bellinder ("Plaintiff"), by counsel, and Defendant Equifax Information Services, LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Equifax only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                                     Respectfully submitted,

Date:  March 1, 2017                            *s/ Linda Deos*
                                                                     Linda D. Deos, Esq.
                                                                     Deos Law, PC
                                                                     770 L Street, Suite 950
                                                                     Sacramento, CA  95814
                                                                     Telephone:  916-442-4442
                                                                     Fax:   916-583-7693
                                                                     E-Mail:  linda@deoslaw.com

                                                                     *Counsel for Plaintiff Richard Bellinder*

| | | |
|---|---|---|
| 1 | Date: March 1, 2017 | s/ Thomas P. Quinn, Jr. |
| 2 | | Thomas P. Quinn, Jr., Esq. |
| | | Nokes & Quinn |
| 3 | | 410 Broadway, Suite 210 |
| | | Laguna Beach, CA 92651 |
| 4 | | Telephone: 949-376-3500 |
| | | Fax: 949-376-3070 |
| 5 | | E-mail: tquinn@nokesquinn.com |

*Lead Counsel for Defendant Equifax Information Services, LLC*

Date: March 1, 2017                s/ *Kendall W. Carter*
Kendall W. Carter, Esq.
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone: 404-572-2495
Fax: 404-572-5100
E-Mail: kcarter@kslaw.com

*Counsel for Defendant Equifax Information Services, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY – 2:16-CV-01289-JAM-AC**

Page **2** of **4**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Richard Bellinder against Defendant Equifax Information Services, LLC are dismissed, with prejudice. Plaintiff Richard Bellinder and Defendant Equifax Information Services, LLC shall each bear their own costs and attorneys' fees.

Date: March 2, 2017        /s/ John A. Mendez_____
                           JUDGE, United States District Court,
                           Eastern District of California

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY – 2:16-CV-01289-JAM-AC

Page **3** of **4**

## CERTIFICATE OF SERVICE

I, Michele Blount, certify that on March 1, 2017 the foregoing document(s) entitled:

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addressees of parties of record in the case.

Dated: March 1, 2017                    By:    s/ Michele Blount_____
                                                Michele Blount
                                                Deos Law, PC

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY – 2:16-CV-01289-JAM-AC

Page **4** of **4**