Linda Deos, (SBN: 179170)
Deos Law, PC
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Facsimile)
Linda@deoslaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BELLINDER,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A., ET AL.<br><br>        Defendants. | Case No: 2:16-cv-01289-JAM-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Plaintiff Richard Bellinder ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                            Respectfully submitted,

Date:  August 1, 2017            *s/ Linda Deos*
                                            Linda D. Deos, Esq.
                                            Deos Law, PC
                                            770 L Street, Suite 950
                                            Sacramento, CA  95814
                                            Telephone:  916-442-4442
                                            Facsimile:   916-583-7693
                                            E-Mail:  linda@deoslaw.com

                                            *Counsel for Plaintiff Richard Bellinder*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY – 2:16-CV-01289-JAM-AC**

Page **1** of **2**

Date: August 1, 2017

s/ Kerry C. Fowler
Kerry C. Fowler, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA  90071
Telephone: 213-489-3989
Facsimile: 213-243-2539
E-mail: kcfowler@JonesDay.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Richard Bellinder against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice.  Plaintiff Richard Bellinder and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.


Date:  8/1/2017               /s/ John A. Mendez_____
                              JUDGE, United States District Court,
                               Eastern District of California

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY – 2:16-CV-01289-JAM-AC**

Page **2** of **2**