Linda Deos, (SBN: 179170)
Deos Law, PC
770 L Street, Suite 950
Sacramento, CA 95814
(916) 442-4442
(916) 583-7693 (Facsimile)
Linda@deoslaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BELLINDER,<br><br>               Plaintiff,<br><br>vs.<br><br>WELLS FARGO, N.A., ET AL.<br><br>               Defendants. | Case No: 2:16-cv-01289-JAM-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO, N.A. ONLY** |

Plaintiff Richard Bellinder ("Plaintiff"), by counsel, and Defendant Wells Fargo, N.A. ("Wells Fargo"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Wells Fargo only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                                          Respectfully submitted,

Date: November 15, 2017              *s/ Linda Deos*
                                                               Linda D. Deos, Esq.
                                                               Deos Law, PC
                                                               770 L Street, Suite 950
                                                               Sacramento, CA 95814
                                                               Telephone: 916-442-4442
                                                               Facsimile: 916-583-7693
                                                               E-Mail: linda@deoslaw.com

                                                               *Counsel for Plaintiff Richard Bellinder*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO, N.A. ONLY – 2:16-CV-01289-JAM-AC**

Page **1** of 4

| | |
|---|---|
| Date: November 15, 2017 | s/ Jason Richardson |
| | Jason Richardson, Esq. |
| | Severson & Werson, P.C. |
| | One Embarcadero Center, 26th Floor |
| | San Francisco, CA 94111 |
| | Telephone: 415-398-3344 |
| | Facsimile: 415-956-0439 |
| | E-mail: jmr@severson.com |

*Counsel for Defendant Wells Fargo, N.A.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO, N.A. ONLY – 2:16-CV-01289-JAM-AC**

Page **2** of **4**

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Richard Bellinder against Defendant Wells Fargo, N.A. are dismissed, with prejudice. Plaintiff Richard Bellinder and Defendant Wells Fargo, N.A. shall each bear their own costs and attorneys' fees.

Date: November 15, 2017     **/s/ JOHN A. MENDEZ**
John A. Mendez
United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO, N.A. ONLY – 2:16-CV-01289-JAM-AC**

Page **3** of **4**

# CERTIFICATE OF SERVICE

I, Michele Blount, certify that on November 15, 2017 the foregoing document(s) entitled:

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO, N.A. ONLY

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addressees of parties of record in the case.

Dated: November 15, 2017      By:      s/ Michele Blount_____
                                       Michele Blount
                                       Deos Law, PC

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT WELLS FARGO, N.A. ONLY – 2:16-CV-01289-JAM-AC**

Page **4** of **4**